IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | | |
|---|---|---|
| OLANDER R. BYNUM, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | 1:15cv960 |
| | ) | |
| KATY POOLE, | ) | |
| | ) | |
| Defendant. | ) | |

**ORDER**

The Recommendation of the United States Magistrate Judge was filed with the Court in accordance with 28 U.S.C. § 636(b) and on August 17, 2017, was served on the parties in this action. (ECF Nos. 61, 62.) No objections were filed within the time prescribed by § 636.

The court hereby adopts the Magistrate Judge's Recommendation.

IT IS HEREBY ORDERED that Plaintiff's Motion for Summary Judgment is DENIED.

This, the 18th day of September, 2017.

                                                   /s/ Loretta C. Biggs
                                       United States District Judge